UNITED STATES DISTRICT COURT
WESTERN DISTRICT WASHINGTON
TACOMA DIVISION

| | | |
|---|---|---|
| DEBORAH OCHSNER, | ) | |
| | ) | |
| Plaintiff, | ) | CIVIL NO. C18-5843 RSM |
| | ) | |
| v. | ) | ORDER FOR DISMISSAL |
| | ) | WITH PREJUDICE |
| | ) | |
| COMMISSIONER OF | ) | |
| SOCIAL SECURITY, | ) | |
| | ) | |
| Defendant. | ) | |

The Court having reviewed Plaintiff's Motion for Dismissal with Prejudice and there being no objection by the Defendant;

IT IS HEREBY ORDERED this matter is dismissed with prejudice.

DATED this 12th day of March 2019.

_____
RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

Presented by:

*Tom O'Neill*

_____
TOM O'NEILL  WSBA #9363
Attorney for Plaintiff

S/ALEXIS L. TOMA
ALEXIS L. TOMA
Assistant Regional Council
Attorney for the Defendant
(Per E-mail Authorization)